IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FABIAN ALEXANDER COOK,** | : | |
| Petitioner | : | |
| | : | No. 1:24-cv-00598 |
| v. | : | |
| | : | (Judge Rambo) |
| **BOBBI JO SALAMON**, *et al.*, | : | |
| | : | |
| Respondents | : | |

## ORDER

**AND NOW**, on this 16th day of April 2024, upon consideration of *pro se* Petitioner Fabian Alexander Cook ("Petitioner")'s petition for writ of habeas corpus (Doc. No. 1), and for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies;

2. A certificate of appealability will not issue because jurists of reason would not debate the correctness of this procedural ruling. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

3. The Clerk of Court is directed to **CLOSE** this case.

 s/ Sylvia H. Rambo
 United States District Judge